1   Nancy B. Pridgen (*pro hac vice*)
    MONNOLLY | PRIDGEN LLC
2   3340 Peachtree Road, Suite 1800
3   Atlanta, Georgia 30326
    Telephone: 404.551.5884
4   Fax: 678.812.3654
    Email:  nancy@mplaw-llc.com
5

6   D. Gregory Valenza
    SHAW VALENZA LLP
7   300 Montgomery Street, Suite 788
8   San Francisco, California  94104
    Telephone:  (415) 983-5960
9   Fax:  (415) 983-5963
    Email:  gvalenza@shawvalenza.com
10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO/OAKLAND DIVISION
14

15

16  PARVIZ HATAMI,                        )  Case No. 12-cv-06315-EMC
                                          )
17            Plaintiff,                   )
                                          )
18  v.                                     )
                                          )  **REQUEST FOR LEAD TRIAL COUNSEL**
19  INTEL CORPORATION LONG TERM           )  **TO APPEAR TELEPHONICALLY AT**
    DISABILITY PLAN and REED GROUP,        )  **CASE MANAGEMENT CONFERENCE**
20  LTD.                                   )
                                          )
21            Defendants.                  )
                                          )
22

23          Pursuant to Local Rule 16-10, Defendants, by and through their undersigned counsel, hereby

24  request that lead trial counsel Nancy B. Pridgen, whose office is located in Atlanta, Georgia, be

25  permitted to participate telephonically in the Case Management Conference that is set for April 11,
26
    2013 at 9:00 am, and be excused from in-person appearance.  Counsel for Plaintiff has indicated he
27
28  does not oppose this request.

This 28th day of March, 2013.

Respectfully submitted,

/s/D. Gregory Valenza
D. Gregory Valenza
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:  (415) 983-5960
Fax:  (415) 983-5963
Email:  gvalenza@shawvalenza.com

Nancy B. Pridgen (*pro hac vice*)
MONNOLLY | PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
Telephone: 404.551.5884
Fax: 678.812.3654
Email:  nancy@mplaw-llc.com

Attorneys for Defendant Intel Corporation
Long Term Disability Plan and Reed Group Ltd.

278471.1.00627.009

IT IS SO ORDERED that Gregory Valenza may appear by phone; local counsel must appear in person.  The Court will call Mr. Valenza between 9:00 a.m. to 10:00 a.m.



_____
Edward M. Chen
U.S. District Judge

2