Nancy B. Pridgen (*pro hac vice*)
MONNOLLY | PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
Telephone: 404.551.5884
Fax: 678.812.3654
Email: nancy@mplaw-llc.com

D. Gregory Valenza
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone: (415) 983-5960
Fax: (415) 983-5963
Email: gvalenza@shawvalenza.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PARVIZ HATAMI,<br><br>   Plaintiff,<br><br>v.<br><br>INTEL CORPORATION LONG TERM DISABILITY PLAN and REED GROUP, LTD.<br><br>   Defendants. | Case No. 12-cv-06315-EMC<br><br>**REQUEST FOR LEAD TRIAL COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

  Pursuant to Local Rule 16-10, Defendants, by and through their undersigned counsel, hereby request that lead trial counsel Nancy B. Pridgen, whose office is located in Atlanta, Georgia, be permitted to participate telephonically in the Case Management Conference that is set for April 11, 2013 at 9:00 am, and be excused from in-person appearance. Counsel for Plaintiff has indicated he does not oppose this request.

1
REQUEST TO APPEAR TELEPHONICALLY AT CMC
12-CV-06315-EMC

1  This 28th day of March, 2013.

2                                                    Respectfully submitted,

3                                                    /s/D. Gregory Valenza
                                                     D. Gregory Valenza
4                                                    SHAW VALENZA LLP
                                                     300 Montgomery Street, Suite 788
5                                                    San Francisco, California  94104
                                                     Telephone:  (415) 983-5960
6                                                    Fax:  (415) 983-5963
7                                                    Email:  gvalenza@shawvalenza.com

8                                                    Nancy B. Pridgen (*pro hac vice*)
                                                     MONNOLLY | PRIDGEN LLC
9                                                    3340 Peachtree Road, Suite 1800
10                                                   Atlanta, Georgia 30326
                                                     Telephone: 404.551.5884
11                                                   Fax: 678.812.3654
                                                     Email:  nancy@mplaw-llc.com
12

13                                                   Attorneys for Defendant Intel Corporation
                                                     Long Term Disability Plan and Reed Group Ltd.
14  278471.1.00627.009

15

16
    IT IS SO ORDERED that Nancy Pridgen may appear by phone; local counsel must appear in
17  person.  The Court will call Ms. Pridgen between 9:00 a.m. to 10:00 a.m.

18
    _____
19  Edward M. Chen
20  U.S. District Judge



21
22
23
24
25
26
27
28

                                        2