Nancy B. Pridgen (*pro hac vice*)
MONNOLLY | PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
Telephone: 404.551.5884
Fax: 678.812.3654
Email:  nancy@mplaw-llc.com

D. Gregory Valenza
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:  (415) 983-5960
Fax:  (415) 983-5963
Email:  gvalenza@shawvalenza.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PARVIZ HATAMI, | ) Case No. 12-cv-06315-EMC |
| Plaintiff, | ) |
| v. | ) |
| INTEL CORPORATION LONG TERM DISABILITY PLAN and REED GROUP, LTD. | ) **REQUEST FOR LEAD TRIAL COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) |

Pursuant to Local Rule 16-10, Defendants, by and through their undersigned counsel, hereby request that lead trial counsel Nancy B. Pridgen, whose office is located in Atlanta, Georgia, be permitted to participate telephonically in the Case Management Conference that is set for April 11, 2013 at 9:00 am, and be excused from in-person appearance.  Counsel for Plaintiff has indicated he does not oppose this request.

1 | This 28th day of March, 2013.

Respectfully submitted,

/s/D. Gregory Valenza
D. Gregory Valenza
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:  (415) 983-5960
Fax:  (415) 983-5963
Email:  gvalenza@shawvalenza.com

Nancy B. Pridgen (*pro hac vice*)
MONNOLLY | PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
Telephone: 404.551.5884
Fax: 678.812.3654
Email:  nancy@mplaw-llc.com

Attorneys for Defendant Intel Corporation
Long Term Disability Plan and Reed Group Ltd.

278471.1.00627.009

IT IS SO ORDERED that Nancy Pridgen may appear by phone; local counsel must appear in person.  The Court will call Ms. Pridgen between 9:00 a.m. to 10:00 a.m.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen