UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ HATAMI,<br>   Plaintiff,<br> vs.<br>INTEL CORPORATION LONG TERM DISABILITY PLAN and REED GROUP, LTD.<br><br>   Defendants. | Case No.: CV 12-06315 EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of their respective counsel below, Plaintiff and Defendants are agreed and stipulate that all matters in this controversy have been resolved by a settlement agreement and this action is voluntarily dismissed with prejudice, each party to bear its own costs.

This 5th day of August, 2013.

/Steven M. Chabre/
Steven M. Chabre, Esq.
1335 Park Ave.
Alameda, CA  94501
Telephone: 510.749.1440
chabre66@yahoo.com

*Attorney for Plaintiff*

/Nancy B. Pridgen/
Nancy B. Pridgen, Esq.
MONNOLLY | PRIDGEN  LLC
3340 Peachtree Rd., Suite 1800
Atlanta, Georgia 30326
Telephone:  404.551.5884
nancy@mplaw-llc.com

D. Gregory Valenza, Esq.
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone: 415.983.5960
Email: gvalenza@shawvalenza.com

*Attorneys for Defendants*

ORDER

The above-captioned matter, and all claims for relief therein, is as to all parties in its entirety pursuant to the parties' agree All parties to bear their own fees and costs.

IT IS SO ORDERED

Date: 8/6/13            By: _____
                            HONORABLE EDWARD M. CHEN
                            UNITED STATES DISTRICT JUDGE

